UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
SUOOD ALMERDAEI, *et al.*,                :
                                           :
      Plaintiffs,                       :
                                           :     **ORDER**
      v.                               :     19-CV-830 (WFK)
                                           :
TRUMP, *et al.*,                          :
                                           :
      Defendants.                       :
------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

    IT IS HEREBY ORDERED that Defendant's motion to quash subpoenas sent by Plaintiffs, ECF No. 39, is hereby GRANTED.

                              **SO ORDERED.**

                                s/WFK

                            HON. WILLIAM F. KUNTZ, II
                            United States District Judge

Dated: February 19, 2019
       Brooklyn, New York